# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CHAVARRIA, et al., | Case No. 1:15-cv-00223 DLB PC |
| Plaintiff, | New Case No. 1:15-cv-00223-LJO-SAB |
| v. | ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE STANLEY A. BOONE |
| EDMOND G. BROWN, JR., et al., | |
| Defendants. | |

On February 6, 2015, Plaintiffs filed this action alleging deliberate indifference in violation of the Eighth Amendment. The complaint generally alleges that Defendants were deliberately indifferent by housing Plaintiffs at various prisons due to the prevalence of Valley Fever in the area.

A series of similar actions have been related and consolidated. Review of this action reveals that it is related under Local Rule 123 to the actions entitled Jackson, et al. v. State of California, et al., 1:13-cv-01055-LJO-SAB; and Smith, et al. v. Schwarzeneggar, et al., 1:14-cv-00060-LJO-SAB. The actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with cases 1:13-cv-01055-LJO-SAB and 1:14-cv-00060-LJO-SAB;

2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and reassigned to the docket of Magistrate Judge Stanley A. Boone;

3. The new case number shall be:

    1:15-cv-00223-LJO-SAB

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **March 2, 2015**      /s/ *Dennis L. Beck*
    UNITED STATES MAGISTRATE JUDGE

2