Raymond P. Boucher, State Bar No. 115364
*ray@boucher.la*
Hermez Moreno, State Bar No. 72009
*moreno@boucher.la*
Brian M. Bush, State Bar No. 294713
*bush@boucher.la*
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

Mark A. Ozzello, State Bar No. 116595
*mozzello@aogllp.com*
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel: (310) 670-1600
Fax: (310) 670-1231

Jason K. Feldman, State Bar No. 213386
*jason@feldmanwallach.com*
Ian Wallach, State Bar No. 237849
*ian@feldmanwallach.com*
**FELDMAN & WALLACH**
606 Venice Boulevard, Suite C
Venice, CA 90291
Tel:( 310) 577-2001
Fax: (310) 567-2001

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RUBEN CHAVARRIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. 1:15-CV-00223-LJO-SAB <br><br> **ORDER** |

Upon consideration of the Joint Stipulation to Stay Proceedings and set a Status Conference for September 29, 2015, it is hereby ORDERED that:

1. Further proceedings in this case are stayed until the conclusion of the current motions before the court in the related case, *Jackson, et al. v. Brown, et al.*, case no. 1:13-cv-01055-LJO-SAB;

2. The Court hereby vacates the August 11, 2015 scheduling conference, and orders that a status conference to be held September 29, 2015 at 2:30 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **July 30, 2015**

_____
UNITED STATES MAGISTRATE JUDGE