KAMALA D. HARRIS
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2595
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Beard, Biter, Brazelton, Brown, Cate, Davey, Gipson, Hartley, Hedgpeth, Katavich, Vasquez, and Yates*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RUBEN CHAVARRIA, et al., ,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 1:15-cv-00223-LJO-SAB<br><br>**STIPULATION FOR LEAVE TO EXTEND THE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

   IT IS STIPULATED by and between Plaintiffs Chavarria, Landin, Martinez, Paz, Rodriguez, Young, and Chaney and Defendants Brown, Cate, Hartley, Beard, Vasquez, Biter, Yates, Katavich, Gipson, Brazelton, Hedgpeth and Davey, by and through their respective counsel, that in light of the ongoing efforts of the parties to: (1) meet and confer concerning a Motion to Dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6); (2) pursue a stay of the above action in light of the pleadings issues in the related cases, *Jackson, et al. v. Brown, et al.*, No. 1:13-cv-01055-LJO-SAB and *Smith, et al. v. Schwarzenegger, et al.*, No. 1:14-cv-0060-LJO-SAB; and (3)  the unavailability of defense counsel, who will be out of the state through October 12, 2015, that Defendants Brown, Cate, Hartley, Beard, Vasquez, Biter,

1

Yates, Katavich, Gipson, Brazelton, Hedgpeth and Davey will be granted an extension of time up to and including October 26, 2015, to respond to the First Amended Complaint.

**SO STIPULATED.**

Dated:  September 29, 2015                              Respectfully submitted,

                                                                            BOUCHER, LLP

                                                                            */s/ Ray Boucher*

                                                                            RAY BOUCHER
                                                                            *Attorneys for Plaintiffs*


                                                                            KAMALA D. HARRIS
                                                                            Attorney General of California
                                                                            MONICA N. ANDERSON
                                                                            Supervising Deputy Attorney General

                                                                            */s/ R. Lawrence Bragg*

                                                                            R. LAWRENCE BRAGG
                                                                            Deputy Attorney General
                                                                            *Attorneys for Defendants*
                                                                            *Beard, Biter, Brazelton, Brown, Cate,*
                                                                            *Davey, Gipson, Hartley, Hedgpeth,*
                                                                            *Katavich, Vasquez, and Yates*

**ORDER**

In light of the stipulation of the parties, and good cause appearing, Defendants Brown, Cate, Hartley, Beard, Vasquez, Biter, Yates, Katavich, Gipson, Brazelton, Hedgpeth and Davey are granted an extension of time up to and including October 26, 2015, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **September 30, 2015**                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE