1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

FRESNO DIVISION

11

12  RUBEN CHAVARRIA, et al.,

Case No.  1:15-cv-00223-LJO-SAB

13                                    Plaintiffs,

ORDER DENYING MOTION BY
STIPULATION TO STAY ACTION AND
REQUIRING DEFENDANTS TO FILE A
RESPONSIVE PLEADING

14      **v.**

15

16  EDMUND G. BROWN JR., et al.,

(ECF No. 34)

17                                    Defendants.

18        On September 22, 2015, an order issued lifting the stay of this action and requiring

19  Defendants to file a pleading responsive to the complaint within twenty days.  (ECF No. 30.)

20  Thereafter, the parties filed a stipulation to extend time for Defendants to file an answer to the

21  complaint which was granted.  (ECF Nos. 32, 33.)  On October 2, 2015, the parties filed a motion

22  by stipulation to stay the proceedings in this action until the pleadings in the related cases of

23  Jackson, et al. v. Brown, et al., No. 1:13-cv-01055-LJO-SAB, and Smith, et al. v.

24  Schwarzenegger, et al., No. 1:14-cv-0060-LJO-SAB, are finalized.

25        On October 16, 2015 the Court conducted a status conference in several of these related

26  cases.  During the October 16, 2015 conference, the parties discussed the necessity for a stay and

27  the Court's concern that these actions not stagnant unnecessarily on the Court's docket.

28

1

Counsel for Plaintiffs are attempting to resolve how this action will proceed based on the decisions in <u>Jackson</u> and <u>Smith</u> finding that Defendants are entitled to qualified immunity on the Eighth Amendment claims.  The parties are discussing how the qualified immunity decision will impact the additional claims that are raised in these actions.  Counsel for the parties agreed at the October 16, 2015 hearing that the deadline to file a responsive document in these related cases shall be extended to December 11, 2015 to allow the parties an opportunity to consider their options due to the qualified immunity findings.  Therefore, the stipulation to stay the proceedings at this time is denied without prejudice.  The Court finds no need for a status conference to be set at this time.

Accordingly, IT IS HEREBY ORDERED that:

1.   The motion by stipulation to stay this action is DENIED without prejudice; and

2.   Defendants shall file a pleading responsive to the first amended complaint on or before December 11, 2015.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

_____
UNITED STATES MAGISTRATE JUDGE